RUTH JOLIS, Appellant, v. BERNARD JOLIS, Respondent.— Order [denying motion for inspection of books of corporations] unanimously affirmed. No opinion. Order [granting motion for leave to serve amended answer] unanimously affirmed. No opinion. Order [granting motion to examine plaintiff before trial] unanimously affirmed. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD ZALOOM, Appellant, against HERMAN RUTHAZER, as Warden of Tombs Prison, Respondent.— Order unanimously affirmed. No opinion. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

In the Matter of DAN G. JUDGE et al., as Executors of EDWARD H. GEHRING, Deceased, Respondents, against GEHRING LACES, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondents. No opinion. The date for the inspection to proceed shall be fixed in the order. Settle order on notice. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

In the Matter of HARRY TOFFEL, Respondent. HARRY ODZER, Appellant.— Appeal unanimously dismissed. No opinion. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

DOROTHY JACOB, Appellant, v. CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ. [See post, p. 846.]

BERNHARDT E. MITLER, Respondent, v. ADOLPH FRIEDEBERG, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

NEW ENGLAND INDUSTRIES, INC., Respondent, v. YOUSSEFIAN & CIE., Appellant, et al., Defendant.— This appeal may be withdrawn upon stipulation for payment to respondent of its disbursements. The date for the examination to proceed, as originally ordered, shall be fixed in the order. Settle order on notice. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.